■ DAVID B. JACOBS, Appellant, v GEORGIA GRANT et al., Defendants, and HAWTHORNE GARDENS OWNERS CORP., Respondent. [933 NYS2d 575]—

Contrary to the plaintiff's contentions, the Supreme Court did not improvidently exercise its discretion in denying that

branch of his motion which was to consolidate this action with a summary proceeding entitled *Matter of Hawthorne Gardens Owners Corp. v Jacobs*, pending in the District Court, Nassau County, under index No. SP 004412/09 (*see* CPLR 602 [a]; *107-48 Queens Blvd. Holding Corp. v ABC Brokerage*, 238 AD2d 557 [1997]; *Titleserv, Inc. v Zenobio*, 210 AD2d 310, 311 [1994]).

The plaintiff's remaining contentions are without merit. Prudenti, P.J., Skelos, Balkin and Sgroi, JJ., concur.